# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC SABATINI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CONDOR HOSPITALITY TRUST, INC., J. WILLIAM BLACKHAM, DANIEL R. ELSZTAIN, DONALD J. LANDRY, DAPHNE J. DUFRESNE, THOMAS CALAHAN, BRENDAN MACDONALD, BENJAMIN WALL, NOAH DAVIS, MATIAS I. GAIVIRONSKY, NHT OPERATING PARTNERSHIP, LLC, NHT REIT MERGER SUB, LLC, NHT OPERATING PARTNERSHIP II, LLC, and CONDOR HOSPITALITY LIMITED PARTNERSHIP, <br><br> Defendants. | Case No. 1:19-cv-01564-CFC |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified in the Action.

Dated: January 28, 2020

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*